IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

RICHARD LEWIS COLEMAN,

    Petitioner,

v.                                                    CIVIL ACTION NO. 3:06CV50
                                                      (Judge Broadwater)

WARDEN JOYCE FRANCIS, et al.,

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day the above styled case came before the Court for consideration of the Report and Recommendation of Magistrate Judge John S. Kaull, dated June 29, 2006. Neither Party filed objections to the Report. After reviewing the above, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be and is hereby **ORDERED** adopted.

The Court further **ORDERS** that the §2241 petition be **DENIED and DISMISSED WITH PREJUDICE**. This matter is **ORDERED STRICKEN** from the active docket of the Court.

The Clerk is directed to transmit true copies of this Order to the Petitioner and all counsel of record herein.

**DATED** this 7th day of November 2006.

W. CRAIG BROADWATER
UNITED STATES DISTRICT JUDGE